```
 1  GEORGE S. CARDONA
    Acting United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    ROBERT I. LESTER
 4  Assistant United States Attorney
    California State Bar No. 116429
 5       Room 7516, Federal Building
         300 North Los Angeles Street
 6       Los Angeles, California  90012
         Telephone: (213) 894-2464
 7       Facsimile: (213) 894-7819
         robert.lester@usdoj.gov
 8
    Attorneys for Defendants
 9
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| PATRICK JOSEPH SANDOVAL, | ) No. CV 09-8326-AHM(PJWx) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER DISMISSING ACTION** |
| U.S. DEPARTMENT OF HOMELAND SECURITY AND JANET NAPOLITANO, Secretary of the Department of Homeland Security, U.S. DEPARTMENT OF JUSTICE and ERIC HOLDER, Attorney General, | ) |
| Defendants. | ) |

1   Pursuant to stipulation, IT IS HEREBY ORDERED that the
2   action shall be dismissed without prejudice.  Each party is to
3   bear his/her/its own attorney's fees and costs.
4   DATED:  January 20, 2010

    _____
    UNITED STATES DISTRICT JUDGE

8   **JS-6**